UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 6:25-cv-00083

————

**Everado Beiza Sanchez,**
*Plaintiff,*

v.

**Bryan Collier et al.,**
*Defendants.*

————

# ORDER

Plaintiff, a Texas state prisoner proceeding pro se and in forma pauperis, brought this action under 42 U.S.C. § 1983. Doc. 17. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's lawsuit under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). Doc. 18 at 7. No party filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's lawsuit is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 23, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -